UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: David Molina Hernandez
DEBTOR(S)

BK. CASE # 05-0000
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

2005 JAN -3 AM 8:57

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 12/16/04
☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: ___
FILED BY: ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 250 x 36 = 9,000
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = 9,000

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from
☐ Sale of property identified as follows:
___
☐ Other: ___

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 9,000

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,400
b. Additional Fees: $ ___
c. Adjusted Balance: $ 1,400

Signed: [signature]
DEBTOR

___
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
 ☐ Debtor represents no secured claims.
 ☒ Creditors having secured claims will retain their liens and shall be p as follows:
 1. ☐ Trustee pays secured ARREARS:
 Cr. ___ Cr. ___ Cr. ___
 # ___ # ___ # ___
 $ ___ $ ___ $ ___

 2. ☒ Trustee pays IN FULL Secured Claims
 Cr. Mueblerias Berrios Cr. ___ Cr. ___
 # 24-012398-01 # ___ # ___

 3. ☐ Trustee pays VALUE OF COLLATERAL
 Cr. ___ Cr. ___ Cr. ___
 # ___ # ___ # ___
 $ ___ $ ___ $ ___

 4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder: Savings to AEELA
 5. ☐ OTHER: ___
 6. ☒ Debtor Otherwise maintains regular payments directly to: Citibank (Mortgage)

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
HACIENDA (11 U.S.C. § 507 and § 1322 (a)(2)

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims
 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
 ☐ Paid 100% / ☐ Other: ___
 Cr. ___ Cr. ___ Cr. ___
 # ___ # ___ # ___
 (b) ☐ Other: ___

② Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

JAN 05 2005

ATTORNEY FOR DEBTOR: Lcdo. Julio Rivera Toro  Phone: (787) 844-1704