UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:
DAVID MOLINA HERNANDEZ
PO BOX 1348
SAN SEBASTIAN, PR 00685-0068

Chapter 13
Case No. 05-00008-GAC
Judge:GERARDO A. CARLO
SSN #1 XXX-XX-9076

TRUSTEE'S FINAL REPORT AND ACCOUNT

Case Filed on:        Plan Confirmed on:     Case Closed on:
January 03, 2005      March 16, 2005         September, 03, 2008

THE SUBJECT CASE HAS BEEN PLAN COMPLETED

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

| CREDITOR NAME | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| COMMENTS | | | | | |
| ASOCIACION EMPLEADOS DEL E | SURRENDER SHARES/S. | $5,559.22 | $0.00 | $0.00 | $0.00 |
| ASOCIACION EMPLEADOS DEL E | UNSECURED | $2,062.74 | $362.40 | $0.00 | $1,700.34 |
| ASSOCIATES FINANCE | UNSECURED | $7,121.46 | $1,251.00 | $0.00 | $5,870.46 |
| AT&T MOBILITY PR | UNSECURED | $633.29 | $111.21 | $0.00 | $522.08 |
| CITIBANK (MORTGAGE) | PAID DIRECT | $35,650.65 | $0.00 | $0.00 | $0.00 |
| CITIMORTGAGE, INC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CRESCA CORPORATION | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPARTMENT OF TREASURY | PRIORITY | $656.10 | $656.10 | $0.00 | $0.00 |
| DEPARTMENT OF TREASURY | UNSECURED | $61.20 | $0.00 | $0.00 | $61.20 |
| EMPRESAS BERRIOS INC | SECURED | $421.80 | $421.80 | $0.00 | $0.00 |
| FIRSTBANK DE PR/WESTERN AUT | UNSECURED | $504.34 | $88.61 | $0.00 | $415.73 |
| HSBC AUTO FINANCE | PAID DIRECT | $43,813.70 | $0.00 | $0.00 | $0.00 |
| ISLAND FINANCE C/O VATIV | UNSECURED | $3,408.09 | $598.66 | $0.00 | $2,809.43 |
| ISLAND FINANCE C/O VATIV | UNSECURED | $661.05 | $116.14 | $0.00 | $544.91 |
| ISLAND FINANCE C/O VATIV | UNSECURED | $3,923.07 | $689.19 | $0.00 | $3,233.88 |

Page 1

DAVID MOLINA HERNANDEZ                                                CASE NO.05-00008-GAC

| CREDITOR NAME COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---:|---:|---:|---:|
| JULIO RIVERA TORO* | PRIOR ATTORNEY | $1,400.00 | $1,400.00 | $0.00 | $0.00 |
| MCCBG | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MONEY EXPRESS | UNSECURED | $1,038.41 | $182.38 | $0.00 | $856.03 |
| SAMS CREDIT | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SPRINT | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WESTERNBANK | UNSECURED | $13,357.36 | $2,346.46 | $0.00 | $11,010.90 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | TOTAL |
|---|---:|---:|---:|---:|
| Amount Allowed | $85,445.37 | $656.10 | $32,771.01 | $118,872.48 |
| Principal Paid | $421.80 | $2,056.10 | $5,746.05 | $8,223.95 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

Total Paid to Creditors(Principal and Interest) :                       $8,223.95

Debtor Refunds :                                                           $0.00

ATTORNEY FEES

Attorney for the case : LUBE & SOTO LAW OFFICES PSC
Total Fees Allowed :                                                       $0.00
Total Paid Outside the plan :                                              $0.00
Total Paid in the Plan :                                                   $0.00

COSTS OF ADMINISTRATION

Trustee was paid :                                                       $776.05
The Clerk of the Court was paid :                                          $0.00


Plan Base :                                                            $9,000.00
Debtor Refund :                                                            $0.00
Adjusted Total Paid In :                                               $9,000.00

```
Total Receipts:                                                              $9,000.00
Total Disbursements:                                                         $9,000.00
```

    I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

    WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

    NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED: October 02, 2008                                           /s/ José R. Carrión  
                                                               JOSE R. CARRION, TRUSTEE

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| LUBE & SOTO LAW OFFICES PSC<br>702 UNION STREET APT G-1<br>CONDOMINIO UNIMAR<br>SAN JUAN, PR 00907-4202 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | DAVID MOLINA HERNANDEZ<br>PO BOX 1348<br>SAN SEBASTIAN, PR 00685 |
| ASOCIACION EMPLEADOS DEL ELA<br>ATT. C MORALES SEC RECAUDACION<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | ASSOCIATES<br>PROFESSIONAL RESEARCH<br>PO BOX 195079<br>SAN JUAN, PR 00908-3665 |
| ASSOCIATES FINANCE<br>C/O FORTUNO & FORTUNO FAS<br>BOX 13665<br>SAN JUAN, PR 00919-5079 | AT&T MOBILITY PR<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 |
| CITIBANK (MORTGAGE)<br>ATTEN DAVID BENNETT<br>PO BOX 6941<br>THE LAKES, NV 88901-6941 | CITIMORTGAGE, INC<br>C/O WENDY J WASSERMAN, ESQ<br>LAW OFFICES OF DAVID J STERN, PA<br>801 S UNIVERSITY DRIVE SUITE 500<br>PLANTATION, FL 33324 |
| CRESCA CORPORATION<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR 00936 | DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739-0674 |
| FIRSTBANK DE PR/WESTERN AUTO<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | HSBC AUTO FINANCE<br>HOUSEHOLD AUTOMOTIVE FINANCE<br>PO BOX 17906<br>SAN DIEGO, CA 92177 |
| ISLAND FINANCE C/O VATIV<br>AS AGENT FOR PALISADES COLLECTION LLC<br>PO BOX 19249<br>SUGAR LAND, TX 77496 | ISLAND FINANCE PUERTO RICO A DIV OF WELLS FARGO<br>4143 121 ST<br>URBANDALE, IA 50323 |
| MCCBG<br>PO BOX 103042<br>ROSEWELL, GA 30076 | MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |

SAMS CREDIT  
PO BOX 105980  
DEPT 77  
ATLANTA, GA  30353-5980

SPRINT  
PO BOX 8077  
LONDON, KY  40742

WESTERNBANK  
PO BOX 1180  
MAYAGUEZ, PR  00681

DATED:  October 02, 2008

OLGA SOSA  
OFFICE OF THE CHAPTER 13 TRUSTEE

SAMS CREDIT  
PO BOX 105980  
DEPT 77  
ATLANTA, GA  30353-5980

SPRINT  
PO BOX 8077  
LONDON, KY  40742